2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

D-1 HAYDAR AL HAYDARI
D-2 KARAR ALNAKASH
D-3 ABBAS AL OTHMAN
D-4 MOHAMMED AL HILO
D-5 MOUSTAPHA AL FETLAWI
D-6 TERRILL DAVIS
D-7 DAVID ROSHINSKY WILLIAMS
D-8 MOHAMMED AL ABBOODI

      Defendants.
_____/

Case: 2:25-cr-20612
Assigned To : Grey, Jonathan J.C.
Referral Judge: Altman, Kimberly G.
Assign. Date : 8/13/2025
Description: INDI USA V. SEALED MATTER (NA)

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT

The United States of America hereby moves for an order sealing the Indictment in this case and states:

1. The indictment in this case charges the Defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

    *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no

person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment be sealed because it is concerned that the Defendant may attempt to flee, destroy evidence, or intimidate witnesses if the Indictment becomes a matter of public record before the Defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment.

Respectfully submitted,

**JEROME F. GORGON, JR.**
United States Attorney

*s/ Louis F. Meizlish*
Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9745
Louis.Meizlish@usdoj.gov

Dated: August 13, 2025

IT IS SO ORDERED.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Entered: 8/13/2025

2