19UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 HAYDAR AL HAYDARI
D-2 KARAR ALNAKASH
D-3 ABBAS AL OTHMAN
D-4 MOHAMMED AL HILO
D-5 MOUSTAPHA AL FETLAWI
D-6 TERRILL DAVIS
D-7 DAVID ROSHINSKY WILLIAMS
D-8 MOHAMMED AL ABBOODI,

    Defendants.
_____/

Criminal No. 25-cr-20612

Honorable Laurie J. Michelson

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS**

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment and Arrest Warrants in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because defendant has been arrested and is entitled to receive a copy of the Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Louis Meizlish*
LOUIS MEIZLISH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9745
Louis.Meizlish@usdoj.gov

Dated: September 4, 2025

**IT IS SO ORDERED.**

Kimberly G. Altman

s/Kimberly G. Altman
United States Magistrate Judge

Entered: September 4, 2025