UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.

D-3 ABBAS AL OTHMAN,

Defendant.

No. 2:25-cr-20612-3

Hon. Mark A. Goldsmith

/

**Motion to Unseal Documents Relating to Bond Violation**

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Government's Motion to Revoke Pretrial Release, the arrest warrant, the motion to seal, and the order to seal (ECF Nos. 119, 120, 121, and 122) for the following reasons:

1. The defendant has been arrested on the warrant by law enforcement officers.

2. The United States is no longer apprehensive that the

    defendant may flee prior to appearance on the warrant.

                                    Respectfully submitted,

                                    JEROME F. GORGON, JR.
                                    United States Attorney

                                    *s/ Louis F. Meizlish*
                                    Louis F. Meizlish
                                    Assistant United States Attorney
                                    211 W. Fort Street, Suite 2001
                                    Detroit, MI   48226
                                    Louis.Meizlish@usdoj.gov
                                    313-226-9745

Date: February 20, 2026