# US DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**v.**

        **Case No. 25-20612**
        **Hon. Mark Goldsmith**

**D-1 HAYDAR AL-HAYDARI,**

        **Defendant.**

_____/

| | |
|---|---|
| UNITED STATES ATTORNEY | AMBERG & AMBERG, PLLC |
| Jerome Gorgon | James W. Amberg (P68564) |
| Attorneys for the Government | Attorneys for the Defendant |
| 211 W. Fort Street, Suite 2001 | 32121 Woodward Ave, Ste PH |
| Detroit, MI | Royal Oak, MI 48073 |
| 313.226.9100 office | 248.681.6255 office |
| | 248.681.0115 fax |
| | www.amberglaw.net |
| | |
| | KHUJA LAW FIRM, PLLC |
| | Jamil K. Khuja |
| | 1360 Porter St., Suite 200 |
| | Dearborn, MI 48124 |
| | 313.263.3353 office |
| | 313.945.0103 fax |
| | khujalaw@gmail.com |

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR D-1 DEFENDANT HAYDAR AL-HAYDARI'S**

Now comes retained counsel for Mr. Haydar Al-Haydari, James Amberg, and respectfully requests this Court to allow him to withdraw as retained counsel for Mr. Al-Haydari in the above captioned case for the following reasons:

1.    Counsel is retained and has appeared for Mr. Al-Haydari in this case.

2.    Counsel has met with Mr. Al-Haydari throughout his representation of the case.

3.    On April 12, 2026, counsel met with Mr. Al-Haydari.

4.  Without disclosing the nature of this discussion, the result was that Mr. Al-Haydari requested counsel withdraw from his case.

5.  Further, without any specific disclosure, it is counsel's opinion that there has been a significant breakdown in the attorney client relationship that cannot be repaired.

6.  Counsel does not believe that the Government, nor Mr. Al-Haydari, would be prejudiced by allowing his withdrawal.

7.  Given the nature of this motion, concurrence with the Government has not been sought.

**FOR THESE REASONS**, as well as those contained in the attached Brief in Support, counsel for Mr. Al-Haydari requests the Court grant this motion and allow him to withdraw from the case.

Respectfully submitted,

/s/*James W. Amberg*
AMBERG & AMBERG, PLLC
James W. Amberg P68564
Attorneys for D-1 Haydar Al-Haydari
32121 Woodward Ave. Suite PH
Royal Oak, MI 48073
248.681.6255
248.681.0115 (fax)

Dated:  April 17, 2026

### Certificate of Service

I, James W. Amberg, attorney at law, certify that on April 17, 2026, I caused a copy of this Motion to be served upon the Government and the Court via efile.

/s/  *James W. Amberg*
James W. Amberg (P68564)

2

# US DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**v.**

        **Case No. 25-20612**
        **Hon. Mark Goldsmith**

**D-1 HAYDAR AL-HAYDARI,**

        **Defendant.**

_____/

| | |
|---|---|
| UNITED STATES ATTORNEY | AMBERG & AMBERG, PLLC |
| Jerome Gorgon | James W. Amberg (P68564) |
| Attorneys for the Government | Attorneys for the Defendant |
| 211 W. Fort Street, Suite 2001 | 32121 Woodward Ave, Ste PH |
| Detroit, MI | Royal Oak, MI 48073 |
| 313.226.9100 office | 248.681.6255 office |
| | 248.681.0115 fax |
| | www.amberglaw.net |
| | |
| | KHUJA LAW FIRM, PLLC |
| | Jamil K. Khuja |
| | 1360 Porter St., Suite 200 |
| | Dearborn, MI 48124 |
| | 313.263.3353 office |
| | 313.945.0103 fax |
| | khujalaw@gmail.com |

_____/

### BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR D-1 DEFENDANT HAYDAR AL-HAYDARI'S

Rule 57.1 of the Local Rules of the United States District Court for the Eastern District of Michigan provides for the withdrawal of retained counsel in a criminal case where the withdrawal would not unduly delay trial in the case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice. A conflict of interest, a complete breakdown in communication or an irreconcilable conflict with counsel is good cause to warrant substitution of counsel and comports

with the tenets of the Sixth Amendment right to effective assistance of Counsel. *Wilson v Mintzes*, 761 F.2d 275 (6th Cir. 1985)

Counsel is unable to adequately represent Mr. Al-Haydari's legal interests and requests that the Court appoint him a new attorney.  It is noted that Mr. Al-Haydari also has co-counsel Jamil Khuja, but it is counsel's understanding that he will also be filing a motion to withdraw for the same reasons.

For all of these reasons, it is requested that counsel be permitted to withdraw from Mr. Al-Haydari's case.

Respectfully submitted,

/s/*James W. Amberg*
AMBERG & AMBERG, PLLC
James W. Amberg P68564
Attorneys for D-1 Haydar Al-Haydari
32121 Woodward Ave. Suite PH
Royal Oak, MI 48073
248.681.6255
248.681.0115 (fax)

Dated:  April 17, 2026

4